UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONNY CROOK,

    Plaintiff,

v.   Case No. 3:23cv24658-LC-HTC

L. THOMAS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 30, 2023 (ECF No. 3), recommending this case be dismissed because Plaintiff is a three-striker who failed to pay the $402.00 filing fee. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who failed to pay the $402.00 filing fee.

3. The clerk shall close the file.

**DONE AND ORDERED** this 6th day of December, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:23cv24658-LC-HTC